■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER FISHWICK, Appellant. [987 NYS2d 877]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Greller, J.), imposed January 23, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*,

90 AD2d 80 [1982]). Eng, P.J., Dillon, Austin and Sgroi, JJ., concur.